United States Bankruptcy Court for
the Eastern District of Pennsylvania

In re: Charles P. Angelo         : Bky No. 09-16154-mdc

    Debtor                       : Chapter 13

<u>Order</u>

Upon notice of the debtor for conversion to a chapter 7 and this case having not been previously converted, it is hereby

ORDERED that the above captioned is converted to a case under chapter 7.

_____
Bankruptcy Judge         9/15/11