United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 09-16154-mdc
Charles P. Angelo                                               Chapter 7
Maureen A. Angelo
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW            Page 1 of 2             Date Rcvd: Sep 19, 2011
                              Form ID: pdf900           Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2011.
```
db           +Charles P. Angelo, Sr.,    4 Arson Circle,    Mantua, NJ 08051-1174
jdb          +Maureen A. Angelo,    413 Park Drive,    Glenolden, PA 19036-1617
smg           City of Philadelphia,    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,
               1515 Arch Street 15th Floor,    Philadelphia, PA 19102-1595
smg          +U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,
               Philadelphia, PA 19106-4404
cr           +PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
11768165      Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
11915760      CAPITAL ONE BANK USA, N.A.,    BY AMERICAN INFOSOURCE LP AS AGENT,    PO Box 71083,
               Charlotte, NC 28272-1083
11768166     +Crozer Chester Medical Center,    One Medical Center Blvd,    Upland, PA 19013-3995
11768169     +Crozer Keystone,    POB 8500-5205,    Philadelphia, PA 19178-0001
11768167     +Crozer Keystone,    One Medical Center Blvd.,    Upland, PA 19013-3902
11768170     +Delaware County Tax Claim Bureau,    201 W. Front Street,    Media, PA 19063-2768
11805516     +Department of the Treasury,    Internal Revenue Service,    600 Arch Street Room 5200,
               Philadelphia, Pa 19106-1611
11768171     +ER Solutions, Inc.,    PO Box 6030,    Hauppauge, NY 11788-9030
11768172      Exxon Mobil,    Credit Card Ctr,    PO Box 688940,    Des Moines, IA 50368-8940
11846684     +FIA Card Services NA aka Bank of America,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
11768174     +Frederick Reigle, Standing Ch. 13,    P.O. Box 4010,    Reading, PA 19606-0410
11846866     +HSBC Consumer and Mortgage Lending,    636 Grand Regency Blvd,    Brandon, FL 33510-3942
11837117     +HSBC Consumer and Mortgage Lending,    636 Grand Regency Blvd,    Brandon, Florida 33510-3942
11798931     +HSBC Finance Corporation,    PO BOX 829009,    Dallas, TX 75382-9009
11768175     +Household Finance,    POB 3425,    Buffalo NY 14240-3425
11803177      Household Finance Consumer Discount Company,    P.O. Box 829009,    Dallas, Texas 75382-9009
11844882     +Household Finance Consumer Discount Company,    By PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
11792998      Lawrence Rubin, Atty,    337 W State St,    Media, PA 19063-2615,    610-565-6660
11768178     +NCO Financial Systems, Inc,    PO Box 15630,    Dept 72,    Wilmington, DE 19850-5630
11801669     +NORTH STAR CAPITAL ACQUISITIONS LLC,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999
11768177      National Enterprise System,    PO Box 1022,    Wixom, MI 48393-1022
11888378     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541)
11768180     +RCN,    100 Baltimore Drive,    Wilkes-Barre, PA 18702-7955
11768181      Sunoco,    Processing Ctr.,    PO Box 689153,    Des Moines, IA 50368-9153
11830368     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11809761     +Tax Claim Bureau of Delaware County,    Government Center,    201 W. Front Street,
               Media, PA 19063-2708
11768182     +Township of Darby,    POB 8795,    Philadelphia, PA 19101-8795
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2011 02:54:29
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
cr            E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2011 03:48:38      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
12466111      E-mail/PDF: BNCEmails@blinellc.com Sep 20 2011 03:55:39      B-Line, LLC,    P.O. Box 91121,
               Dept. 550,    Seattle, WA 98111-9221
11768173      E-mail/Text: data_processing@fin-rec.com Sep 20 2011 02:52:34
               Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
11881851      E-mail/Text: resurgentbknotifications@resurgent.com Sep 20 2011 02:49:41      LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11848166     +E-mail/Text: ebn@vativrecovery.com Sep 20 2011 02:52:26      PALISADES COLLECTIONS LLC,
               VATIV RECOVERY SOLUTIONS, LLC,    As Agent For PALISADES COLLECTIONS LLC,    P.O. Box 19249,
               Sugar Land, TX 77496-9249
11768179     +Fax: 215-841-3593 Sep 20 2011 03:45:00      Peco Energy,    2301 Market Street,
               Philadelphia PA 19103-1380
11805144      E-mail/PDF: rmscedi@recoverycorp.com Sep 20 2011 03:56:21
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11933512      E-mail/PDF: BNCEmails@blinellc.com Sep 20 2011 03:55:39      Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 9
```

```
District/off: 0313-2              User: ChrissyW              Page 2 of 2              Date Rcvd: Sep 19, 2011
                                  Form ID: pdf900             Total Noticed: 41

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           B-Line, LLC,   P.O. Box 91121,   Dept. 550,   SEATTLE, WA  98111-9221
cr*          +HSBC Consumer and Mortgage Lending,   636 Grand Regency Blvd,   Brandon, FL 33510-3942
cr*          +HSBC Finance Corporation,   P. O. Box 829009,   Dallas, TX 75382-9009
cr*           Roundup Funding, LLC,   MS 550,   PO Box 91121,   Seattle, WA  98111-9221
11768168*    +Crozer Keystone,   One Medical Center Blvd,   Upland, PA 19013-3902
11801671*    +NORTH STAR CAPITAL ACQUISITIONS LLC,    c o Jefferson Capital Systems LLC,   PO BOX 7999,
               SAINT CLOUD MN 56302-7999
11768176    ##+Household Finance,   pob 1547,   Chesapeake, VA 23327-1547
                                                                                             TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 21, 2011**                                **Signature:** _Joseph Speetjens_

United States Bankruptcy Court for
the Eastern District of Pennsylvania

In re: Charles P. Angelo                : Bky No. 09-16154-mdc

Debtor                                   : Chapter 13

### Order

Upon notice of the debtor for conversion to a chapter 7 and this case having not been previously converted, it is hereby

ORDERED that the above captioned is converted to a case under chapter 7.

*Magdeline D. Coleman*
Bankruptcy Judge
9/15/11